

# United States District Court
# Eastern District of California

BRIGHTHOUSE LIFE INSURANCE CO.

Plaintiff(s)

V.

MINDY RENEE DRAKE, ET AL.

Defendant(s)

Case Number: 2:26-cv-01007-DC-SCR

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

William J. Perry _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

JACOB McDONALD-ERDMAN, individually and as parent and natural guardian of E.M.E. & A.M.E.

On ____04/27/1998____ (date), I was admitted to practice and presently in good standing in the

____USDC Middle District of Louisiana____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

My application was granted on July 8, 2025 in Case 2:25-cv-01376-DMC. The case is pending.

Date: ____07/01/2026____        Signature of Applicant: /s/ William J. Perry _____

**Pro Hac Vice Attorney**

Applicant's Name: William J. Perry

Law Firm Name: Interpleader Law, LLC

Address: 9015 Bluebonnet Boulevard

City: Baton Rouge          State: LA    Zip: 70810

Phone Number w/Area Code: (225) 246-8706

City and State of Residence: Baton Rouge, Louisiana

Primary E-mail Address: william.perry@interpleraderlaw.com

Secondary E-mail Address: michael.hoover@interpleaderlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Stacie N. Scarf

Law Firm Name: BOWMAN AND BROOKE LLP

Address: 970 West 190th Street, Suite 700

City: Torrance          State: CA    Zip: 90502

Phone Number w/Area Code: (310) 380-6528          Bar # 358327

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 1, 2026

Dena Coggins
United States District Judge